# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2020 OCT 15 PM 3:15

*Ernest Gibson*
**Affiant**

v.

*Cassandra Adams*

_____,
**Defendant(s)**

**CASE NUMBER:** _____
(To be supplied by Clerk's Office)

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, *Ernest Gibson*, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed in forma pauperis in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I.   **BRIEF STATEMENT OF THE NATURE OF THE ACTION:** TCI employee open my legal mail gave it to another legal mail personnel and told him she is not going to mail it the attorney of law at Just Detention International in Los Angeles CA. She had been released from the compound because a inmate sued her for opening his legal mail without him being present.

**II.   RESIDENCE:**
Affiant's address: 3950 Tiger Bay Rd.
                   (Street)
Daytona Bch          Fl           32124
(City)              (State)     (Zip Code)

**III.   MARITAL STATUS:**

1. Single ☑   Married ☐   Separated ☐   Divorced ☐

2. If married, spouse's full name: _____

**IV.   DEPENDENTS:**

1. Number: 0

2. Relationship to dependent(s): NONE

3. How much money do you contribute to your dependent's support on a monthly basis? $ 0

**V.   EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: N/A

   a. Address of employer: _____
                           (Street)
      _____
      (City)           (State)      (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?
      Years: 0           Months: _____

   c. Income:   Monthly $ 0    or   Weekly $ 0

   d. What is (was) affiant's job title? N/A

2. If unemployed, date of last employment: NONE

3. Is spouse employed? __NO__ If so, name of employer: _____

    a. Income:    Monthly $ __0__ or Weekly $ _____

    b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid?

    If so, amount:    Monthly $ __0__ or Weekly $ _____

## VI. FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: __NONE__
   b. Full address: __N/A__
       (Street)
   
   (City)      (State)      (Zip Code)
   
   c. In whose name? _____
   d. Estimated value: $ __0__
   e. Total amount owed: $ __0__
      Owed to: _____ for $ __0__
      _____ for $ __0__
   f. Annual income from property: $ __0__

2. Other assets/property:
   a. Automobile: Make __N/A__ Model __N/A__
      In whose name registered? _____
      Present value of car: $ __0__
      Amount owed: $ __0__
      Owed to: _____
   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ __0__

c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession, or other forms of self employment: $ 0

Rent payments, interest, or dividends: $

Pensions, annuities, or life insurance payments: $

Gifts or inheritances: $

Stocks, bonds, or notes: $

Other sources: $

3. Obligations:

   a. Monthly rental on house or apartment: $

   b. Monthly mortgage payments on house: $ 0

4. Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly Payment) |
|---|---|---|
| N/A | 0 | |
| N/A | 0 | |
| N/A | 0 | |

Other (explain): _____

## VII. FOR PRISONER AFFIANTS ONLY:

1. Date(s) of incarceration: 2020

2. Estimated release or parole date: 2023

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account for the **six (6) months immediately preceding the filing of the Complaint or Petition must** accompany this Affidavit. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN:

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_Ernest Gibson, JR._
Signature of Affiant

STATE OF FLORIDA
COUNTY OF _Volusia_

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _oct._ DAY OF _15_, 20_20_, BY _____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _FLO ID_
_____, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

\* \* \* \* \* \* \* \*

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** _Ernest Gibson_, has the sum of
(Name of Affiant)

$ _0_ as of _Oct. 15 2020_ on account to his credit at the
(date)

_Tomoka Corr. Inst._ institution where he is confined. I further certify that the above-named prisoner affiant has the following securities to his credit according to the records of this institution:

_I/M Trust Fund Acct._

_____
Authorized Officer of Institution