UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERNEST GIBSON,

    Plaintiff,

v.                                        Case No: 6:20-cv-1920-Orl-18DCI

CASSANDRA ADAMS,

    Defendants.
_____/

## ORDER

This cause is before the Court on initial review of the Complaint (Doc. 1) filed by Plaintiff. Plaintiff is incarcerated at the Tomoka Correctional Institution and proceeding *pro se*, and the Complaint appears to request civil rights relief. However, the Complaint is not written on the form required for use by *pro se* litigants.

Since Plaintiff failed to use the appropriate civil rights complaint form to present his claims, the Complaint is incomplete. For example, it fails to provide historical information concerning Plaintiff's prior federal cases and indicate whether he has exhausted administrative remedies. In reviewing any previous filings, this Court must consider the nature of Plaintiff's actions that were dismissed before, as well as after, the enactment of the PLRA. See 28 U.S.C. § 1915(g).

Plaintiff needs to apprise this Court of the nature of the actions that were previously dismissed and the reasons for the dismissal of those actions, including appeals. It is important for courts that have a large volume of prisoner cases to have those

cases presented on a civil rights complaint forms to promote judicial economy and expeditious review of the cases. If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint form and he must submit a copy of the form for each Defendant for service of process.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint form for cases filed by incarcerated individuals pursuant 42 U.S.C. § 1983, and he must submit a copy of the form for each Defendant for service of process. The form requires a plaintiff to include detailed information regarding the defendant(s) a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests.

If Plaintiff desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Plaintiff both the form for a civil rights complaint and the form for a motion for leave to proceed *in forma pauperis*. If Plaintiff chooses to file a new case, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the form(s), as the Clerk of the Court will assign a separate case number. As a result, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2020.

G. KENDALL SHARP
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party